IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTWANETTE T. WYCHE,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| | : NO. 15-3900 |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 31st day of October, 2016, upon consideration of the City of Philadelphia's motion to dismiss (Doc. No. 21), **IT IS HEREBY ORDERED** that:

1. The City of Philadelphia's motion to dismiss is **GRANTED**.

2. The plaintiff's amended complaint is **DISMISSED without prejudice** as to the City of Philadelphia.

3. The plaintiff has thirty (30) days from the date of this Order to file an amended complaint.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.