IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWANETTE T. WYCHE, | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| THE CITY OF PHILADELPHIA, et al., | : NO. 15-3900 |
| **Defendants.** | : |

# O R D E R

**AND NOW**, this 10th day of April, 2017, upon consideration of the defendant's unopposed motion to dismiss plaintiff's second amended complaint (Doc. No. 27), **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. No. 27) is **GRANTED**.

2. All plaintiff's claims against all defendants are **DISMISSED**.

3. **JUDGMENT IS ENTERED** in favor of the defendants and against the plaintiff on the entirety of the second amended complaint.

4. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.